```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0005--CR (RRB)
                 "USA V GEORGE WALTON JR"
                 DEF 1.1 WALTON, GEORGE JR.

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed: 03/18/04
            Closed: 10/08/04
No. of Defendants: 1
   MJ Case Number:
              AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
 Counsel of record: Lance C. Wells
                    733 W. 4th Avenue, Suite 308
                    Anchorage, AK 99501
                    907-274-9696
                    FAX 907-277-9859
                    Serve: YES
                     Type: CJA
                     Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 WALTON, GEORGE JR.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:841(a)(1) & (b)(1)(B) POSSESSION OF CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Sentenced (45-1) |
| 1 -  1 IND | 2 | 18:922(g)(1) & 924(a)(2) CONVICTED FELON POSSESSING FIREARM (F) | Sentenced (45-1) |
| 1 -  1 IND | 3 | 18:922(g)(1) and 924(a)(2) CONVICTED FELON POSSESSING AMMUNITION (F) | Sentenced (45-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE F04-0005--CR (RRB)
                            "USA V GEORGE WALTON JR"

                              For all filing dates


  Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:   The Honorable Terrance W. Hall, U.S. Magistrate Judge
            Filed:  03/18/04
           Closed:  10/08/04
No. of Defendants:  1


Document #  Filed      Docket text

NOTE -   1  03/18/04   [Re: DEF 1] Issued WOA.

   1 -   1  03/18/04   [Re: DEF 1] PLF 1 Indictment.

   2 -   1  03/19/04   [Re: DEF 1] JDR Grand Jury Minutes; WOA to issue; writ of h/c ad pros to
                       follow; det per 18:3142(f); in state custody.

NOTE -   2  03/24/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested by USMS at FCC
                       Fairbanks 03/24/04.

NOTE -   3  03/24/04   Notation: Proposed trial date setting for arraignment and notice of
                       speedy trial act ddlns forwarded to chambers.

   3 -   1  03/25/04   [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty]. Hearing held 3/25/04
                       re arraignment on indictment. Financial affidavit filed. Federal Public
                       Defender accepted appointment; pled not guilty to counts 1, 2, & 3.
                       Court accepted pleas. Defendant detained. Detention hearing set for
                       3/31/04 at 11:00 a.m. Pretrial motions due 4/19/04; order regarding
                       preparation for trial filed. Trial date set for 6/1/04; discovery
                       conference on or before 4/8/04; Pretrial conference by 5/21/04.  cc:
                       USA; USMA; USPO; FPD; Judge Beistline; Magistrate Judge Miller.

   4 -   1  03/25/04   DEF 1 Financial Affidavit.  cc: Judge Beistline; Magistrate Judge
                       Miller.

   5 -   1  03/25/04   [Re: DEF 1] JWM Order of Detention Pending Detention Hearing. cc: USA;
                       USMS; USPO; FPD; Judge Beistline; Magistrate Judge Miller.

   6 -   1  03/25/04   [Re: DEF 1] JWM Order regarding preparation for trial. Discovery
                       conference 4/8/04 at 1:30. Pretrial motions due on or before 4/19/04.
                       cc: USA; USMS; USPO; FPD; Judge Beistline; Magistrate Judge Miller.

   7 -   1  03/30/04   [Re: DEF 1] RRB Minute Order setting trial by jury for 6/1/04 at 8:30
                       a.m. at Fairbanks, Ak. and FPTC for 3/21/04 at 8:30 a.m. at Anchorage.
                       cc: S. Cooper, MJ Hayder, USM, USPO, MJ Miller, jury clerk

   8 -   1  04/01/04   [Re: DEF 1] JWM Court Minutes [ECR: Denise Petty] from Detention hrg
                       hedl 03/31/04: Court granted oral motion to vacate hrg. cc: Cooper,
                       Haden, FPO, USM, Judge Beistline

   9 -   1  04/01/04   [Re: DEF 1] PLF 1 Report re: conference of 3/31/04.

  10 -   1  04/15/04   DEF 1 Unopposed motion on shortened time to continue trial.

  11 -   1  04/15/04   DEF 1 Unopposed mot for 2 week ext of time to file pretrial mots
                       (shortened time)

  12 -   1  04/19/04   [Re: DEF 1] RRB Minute Order setting a trial rescheduling conference for
                       04/21/04 at 4:30 p.m. cc: Cooper, Haden, FPO, USM, MJ Miller
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F04-0005--CR (RRB)
                                 "USA V GEORGE WALTON JR"

                              For all filing dates


 Document #   Filed      Docket text

    13 -  1   04/19/04   DEF 1 motion on shortened time to appear telephonically at trial
                         rescheduling conference.

    14 -  1   04/20/04   [Re: DEF 1] RRB Minute Order rescheduling trial rescheduling conference
                         from 4:30 pm April 21, 2004 to 2:45 pm April 21, 2004.  cc: USA; USM;
                         USPO; MJ Haden, FPD; Judge Beistline; Magistrate Judge Miller.

    15 -  1   04/20/04   [Re: DEF 1] RRB Order granting motion on shortened time to appear
                         telephonically at trial rescheduling confe (13-1).  cc: Cooper, Haden,
                         FPO, USM, MJ Miller

    16 -  1   04/22/04   [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp/Carolyn Bollman].
                         Hearing on Unopposed Motion to Continue Trial-Held 4/21/04. Defendant
                         not present. Court and counsel heard re new trial date and excludable
                         delay. Defendant called in to meet me bridge and stated he had not
                         objection to continuing trial date. Motion to continue trial is GRANTED.
                         Trial by jury scheduled for 6/1/04 is VACATED and RESCHEDULED to 7/26/04
                         at 8:30 am. FPTC scheduled for May 21, 2004 at 8:30 a.m. is VACATED and
                         RESCHEDULED for 7/8/04 at 830 am in Fairbanks. OFF RECORD:  Excludable
                         delay for a total of 56 days. Order attached.  cc: USA; USPO; USM; MJ
                         Haden, FPD; Judge Beistline; Magistrate Judge Miller.

    17 -  1   04/26/04   [Re: DEF 1] JWM Order granting motion Unopposed mot for 2 week ext of
                         time to file pretrial mots (11-1).  PTM's now due 05/03/04. cc: Cooper,
                         Haden, FPO, USM, Judge Beistline

    18 -  1   04/29/04   DEF 1 Unopposed motion for an additional 1 week ext of time to file
                         ptms.

    19 -  1   04/30/04   [Re: DEF 1] Return of WOA executed at Fairbanks AK on 3/24/04.

    20 -  1   05/04/04   [Re: DEF 1] JWM Order granting motion Unopposed motion for an additional
                         1 week ext of time to file ptms (18-1). Pretrial motions now due
                         05/10/04. cc: Cooper, Haden, FPO, USM, Judge Beistline

    21 -  1   05/10/04   DEF 1 motion for order directing clerk to accept for filing audio CD
                         (shortened Time) w/att aff.

    22 -  1   05/10/04   DEF 1 motion to suppress.

    22 -  2   05/10/04   DEF 1 motion (request) for evidentiary hearing.

    23 -  1   05/11/04   [Re: DEF 1] JWM Order granting motion for order directing clerk to
                         accept for filing audio CD (21-1).  cc: USA; USMS; USPO; FPD; Judge
                         Beistline; Magistrate Judge Miller.

    24 -  1   05/12/04   DEF 1 Notice of filing CD. (CD forwarded to MJ)

    25 -  1   05/17/04   [Re: DEF 1] PLF 1 Unopposed motion to extend time (to 5/27/04) to
                         response to motion to suppress).

    26 -  1   05/20/04   [Re: DEF 1] JWM Minute Order granting unopposed motion to extend time
                         (to 5/27/04) to response to motion to (25-1). cc: USA, FPD

    27 -  1   05/25/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (22-1).
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F04-0005--CR (RRB)
                                  "USA V GEORGE WALTON JR"

                                    For all filing dates


 Document #   Filed     Docket text

   28 -   1   05/28/04  [Re: DEF 1] JWM Minute Order granting motion (request) for evidentiary
                        hearing (22-2).  Evidentiary hrg on mot (dkt # 22) set for 6/11/04 at
                        12:00 pm before MJ MIller in Fbks. cc: USA, FPD, USM,PO.

   29 -   1   06/03/04  [Re: DEF 1] RRB Minute Order that the referral to MJ Miller is withdrawn
                        and all matters will be handled by Judge Beistline.  The evid hrg will
                        remain set for 6/11/40 at 8:30 a.m. instead of noon.   cc: S. Cooper, MJ
                        Hayden, USM, USPO, MJ Miller

   30 -   1   06/07/04  [Re: DEF 1] RRB Minute Order the evidentiary hrg set 6/11/04 is reset
                        for 6/10/04 at 3:00 p.m. in Fairbanks.  cc: AUSA, FPD, USM, USPO

   31 -   1   06/15/04  [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Evidentiary Hearing
                        held 6/15/04.  Andrew Ballesteros sworn and testified on behalf of the
                        plaintiff.  Defendant Exh A identified and admitted. cc: USA; USM;
                        USPO; FPD; Judge Beistline.

   32 -   1   06/18/04  [Re: DEF 1] RRB Order denying motion to suppress (22-1).  cc: S, Cooper,
                        MJ Hayden

   33 -   1   06/25/04  DEF 1 motion for reconsideration of denial of defendant's motion to
                        suppress.

   34 -   1   06/29/04  [Re: DEF 1] PLF 1 opp to DEF 1 mot for reconsideration of denial of
                        def's mot to suppress (33-1).

   35 -   1   06/29/04  [Re: DEF 1] RRB Minute Order denying motion for reconsideration of
                        denial of defendant's motion to suppress (33-1). cc: Cooper, Haden, FPO,
                        USM

   36 -   1   07/08/04  [Re: DEF 1] RRB Court Minutes [ECR: Debby Willoughby-Lyons] re FPTC hld
                        7/9/04; status/COP hrg set for 7/16/04 at 12:00 p.m. in Fairbanks; TBJ
                        set for 7/26/04 is VACATED. cc: USA, FPD, USM, USPO, JC, Fairbanks
                        Clerk, ECR

   37 -   1   07/12/04  DEF 1 Notice of Intent to change plea.

   38 -   1   07/13/04  [Re: DEF 1] RRB Minute Order COP is set for 7/16/04 at 12:00 p.m. in
                        Fairbanks.  cc: AUSA, MJ Haden, USM, USPO

   39 -   1   07/16/04  PLF 1; DEF 1 Plea Agreement.

   40 -   1   07/16/04  [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Change of Plea
                        hearing held 7/16/04. Defendant changed plea to guilty on Counts 1, 2
                        and 3 of Indictment. IOS scheduled for 10/1/04 at 11:00 a.m. in
                        Fairbanks.  cc: USA; USM; USPO; MJ Haden, FPD; Judge Beistline.

   41 -   1   07/19/04  [Re: DEF 1] PLF 1 Notice of filing original signature on plea agreement.

   42 -   1   09/24/04  DEF 1 Sentencing Memorandum.

   43 -   1   09/24/04  [Re: DEF 1] PLF 1 Sentencing Memorandum.

   44 -   1   10/01/04  [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Kemp]. Imposition of
                        Sentence hearing held 10-1-04. Notice of Appeal form given to defense
                        counsel. Sentence imposed as stated in the judgment.  cc: USA; USM;
                        USPO; FPD; Judge Beistline.

 ACRS: R_RDSDX                  As of 12/01/05 at 2:56 PM by GARRY                       Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0005--CR (RRB)
                                    "USA V GEORGE WALTON JR"

                                       For all filing dates

Document #   Filed       Docket text
_____   _____   _____

    45 -  1  10/08/04    [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1,2,3 of the
                         Indictment (1-1); imprisonment Ct 1 188 mos and Ct 2&3 120 mos;
                         concurrently; 5 yrs SR re; Ct 1 and 2 yrs SR re: Ct 2 & 3; concurrently;
                         $300.00 SA.  cc: USA, FPD, USM, PO, Finance, FLU, Def (by cnsl)

    46 -  1  12/14/04    USM Return of svc on judgment re: DEF 1  on 11/24/04 to FCI Sheridan, at
                         Sheridan, OR.

    47 -  1  04/19/05    [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD.

  NOTE -  4  05/03/05    Issued: writ of executed re: DEF 1 on PFD.

    48 -  1  06/03/05    DEF 1 motion for appointment of counsel.

    49 -  1  06/03/05    DEF 1 Financial Affidavit.

    50 -  1  06/03/05    DEF 1 motion under 28 U.S.C. Section 2255 to vacate, set aside, or
                         correct sentence by a person in federal custody.

    51 -  1  06/03/05    Application to proceed without prepayment of fees.

    52 -  1  06/17/05    [Re: DEF 1] RRB Order directing svc & response; clk to serve cy of 2255
                         mot on USA; def appl to proceed w/o prepayment of fees denied as moot;
                         granting mot for appt of cnsl (48-1); FPD to designate cnsl; cnsl to
                         file notice of appear; amended 2255 or notice of no amendment due
                         7/18/05; USA ans due 8/17/05; case is referred to MJ Hall per
                         D.Ak.LMR4(5). cc: USA w/cy dkt 50, G. Walton, FPD (CJA Clk) w/cy dkt 50,
                         MJ Hall, PSLC

    53 -  1  06/20/05    [Re: DEF 1] CJA appointment of L. Wells.

    54 -  1  06/29/05    DEF 1 Attorney Appearance.

    55 -  1  07/13/05    DEF 1 Supplement (Amended petition) re: DEF 1 motion under 28 U.S.C.
                         Section 2255 to vacate, set aside, or correct sentence by a person in
                         federal custody (50-1).

    56 -  1  08/11/05    [Re: DEF 1] PLF 1 opposition to amended DEF 1 motion under 28 U.S.C.
                         Section 2255 to vacate, set aside, or correct sentence by a person in
                         federal custody (50-1).
```