George Walton, Jr.  14739-006
Federal Correctional Institution-Sheridan
P.O. Box 5000
Sheridan, OR 97378
Pro-Se

**FILED**

JAN 3 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F04-05-CR (RRB) |
| Plaintiff, ) | NOTICE OF APPEAL |
| vs ) | |
| GEORGE WALTON, JR., ) | F.R.A.P. Rule 3(a) |
| Defendant. ) | |

NOTICE IS HEREBY GIVEN that the defendant George Walton, Jr., in the above captioned case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgement and order dismissing the defendants motion brought pursuant to Title 28 U.S.C. Section 2255 in this action.

Dated this 28th Day of December 2005.

Respectfully Submitted,

*George Walton*
George Walton, Jr., Pro-Se.