```
                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF ALASKA


              USA    v.   GEORGE WALTON JR.

DATE:    April 13, 2006       CASE NO.    4:04-CR-0005-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RE NOTICE OF APPEAL
```

The Court will treat Defendant's Notice of Appeal at Docket 60 as a request for certificate of appealability and hereby GRANTS said request.

M.O. RE NOTICE OF APPEAL