RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

APR 20 2006

FILED_____
DOCKETED_____
                DATE    INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v George Walton Jr
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: RALPH R BEISTLINE 4:04-cr-00005-RRB
Date Complaint/Indictment/Petition Filed: 3/18/2004
Date Appealed Order/Judgment *entered*: 1/23/2006
Date NOA *filed*: 1/3/2006

06-35356

Court Reporter(s) Name and Phone Number: Tina J Grothause (907) 451-5791

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _               Date FP denied: _
Is FP pending? no                Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: 4:05-cv-00014-RRB

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
George Walton Jr                        Stephen Cooper
Federal Correctional Institution-Sheridan   U.S Attorney's Office
P.O. Box 5000                           101 12th Ave Box 2
Sheridan, OR 97378                      Fairbanks, AK 99701
                                        (907)456-0245

__retained   __CJA   __FPD   __FPD   X Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 14739-006          Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: _

Name and phone number of person completing this form: Tina J Grothause
                                                       (907) 451-5791