

**FILED**

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

JUL 21 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

SEP 0 8 2006

CLERK, U.S. D... COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GEORGE WALTON, Jr., <br><br> Defendant - Appellant. | No. 06-35356 <br><br> D.C. No. CV-04-00005-RRB <br> District of Alaska, <br> Anchorage <br><br> ORDER |

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See Serine v. Peterson*, 989 F.2d 371 (9th Cir. 1993) (magistrate judge's findings and recommendations not appealable; appeal not cured by subsequent entry of judgment by district court). Consequently, this appeal is dismissed for lack of jurisdiction.

DISMISSED.

