George Walton
No. 14739-006
FCI Sheridan
P.O. Box 5000
Sheridan, OR  97378

_____

Phone



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>GEORGE WALTON,<br><br>           Defendant. | Case No. 4:04-cr-0005-RRB<br><br>**MOTION FOR<br>APPOINTMENT OF COUNSEL** |

Defendant, George Walton, moves for the appointment of counsel.

Defendant makes this request for the reasons that he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the attached financial affidavit in support of the request for appointment of counsel.

DATED this __24__ day of __MARCH__, 2008.

                              _George Walton_____
                                        George Walton