# Inmate Inquiry

 

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 14739006 | **Current Institution:** | Sheridan FCI |
| **Inmate Name:** | WALTON, GEORGE | **Housing Unit:** | SHE-D-L |
| **Report Date:** | 03/27/2008 | **Living Quarters:** | D01-131U |
| **Report Time:** | 2:07:23 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---:|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 3279 |
| PAC #: | 610284248 |
| FRP Participation Status: | Completed |
| Arrived From: | SET |
| Transferred To: | |
| Account Creation Date: | 8/5/2004 |
| Local Account Activation Date: | 11/20/2004 3:17:45 AM |
| Sort Codes: | |
| Last Account Update: | 3/18/2008 12:09:16 AM |
| Account Status: | Active |
| Phone Balance: | $0.39 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---:|---|
| Account Balance: | $20.44 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $20.44 |
| National 6 Months Deposits: | $495.97 |
| National 6 Months Withdrawals: | $525.75 |
| National 6 Months Avg Daily Balance: | $16.00 |
| Local Max. Balance - Prev. 30 Days: | $125.74 |
| Average Balance - Prev. 30 Days: | $28.06 |