IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE WALTON, JR.,<br><br>Defendant. | Case No. 4:04-cr-00005-RRB<br><br>ORDER APPOINTING COUNSEL<br>and SETTING SCHEDULE |

On April 4, 2008, George Walton, Jr., representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.[1] However, Mr. Walton must show that the change in the crack sentencing guidelines

---

[1] See Docket Nos. 69, 70; see also Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidlines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); United States v. Ross, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

would alter his sentence in light of his status as a career criminal.[2]  Therefore, the motion for appointment of counsel is granted for the purpose of explaining to the Court whether or not Mr. Walton is entitled to re-sentencing.

    IT IS THEREFORE ORDERED that:

1. The Clerk of Court shall confirm that the United States Attorney has received a copy of docket numbers 69 and 70, along with this Order.

2. Mr. Walton's application for appointment of counsel, at docket number 69, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Walton in this case, for the purposes of filing a motion under section 3582(c).

3. Counsel for Mr. Walton shall review the record, confer with him, and file a motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order, addressing the issue of his status as a career criminal.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Walton files the motion.

---

[2] *See e.g., United States v. Crawford*, __ F.3d __, 2008 WL 819772 (9th Cir. March 28, 2008).

5.  Counsel for Mr. Walton may file a reply within thirty days of the filing of the response.

6.  A hearing will be scheduled at a later date, if necessary.

DATED this 17th day of April, 2008, at Anchorage, Alaska.

/s/RALPH R. BEISTLINE  
United States District Judge