M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>GEORGE WALTON, JR.,<br><br>         Defendant. | Case No. 4:04-cr-0005-RRB<br><br>**MOTION TO REDUCE SENTENCE** |

    Defendant, George Walton, Jr., by and through counsel M. J. Haden, Assistant Federal Defender, moves this court for pursuant to 18 U.S.C. § 3582(c) for an order reducing the term of imprisonment based on the retroactive amendment to the crack cocaine guidelines, which alter the base offense level in this case.

    The defense requests a re-sentencing hearing before the trial judge. Mr. Walton is incarcerated at FCI Sheridan.

///

///

///

DATED this 16th day of June, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 16, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden