UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GEORGE WALTON, JR.,<br><br>　　　　　Defendant. | Case No. 4:04-cr-0005-RRB<br><br>**PROPOSED ORDER SCHEDULING RE-SENTENCING HEARING** |

After due consideration of defendant's Motion to Reduce Sentence, the court GRANTS the motion. A re-sentencing hearing is scheduled for _____, 2008, at _____ a.m./p.m., in Fairbanks, Alaska.

　　　　DATED _____, 2008, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　United States District Court Judge