NAME: WALTON, GEORGE JR          REGNO: 14739-006                    Page 2

**A. PROGRAM PLAN:** Mr. Walton was initially classified at FCI Sheridan, Oregon, on December 16, 2004. At that time it was recommended that he maintain clear conduct, obtain institutional employment, verify his High School diploma/GED or enroll in the GED class, enroll in Anger Management, participate in FRP, and apply for SSN card.

**B. WORK ASSIGNMENTS:** Mr. Walton is assigned to the Landscape crew. Prior to this assignment, he was assigned to Food Service and Recreation. He receives good work reports and is evaluated in the following areas: quality of work, quantity of work, initiative, eagerness to learn, ability to learn, need for supervision, dependability, safety, care of equipment, response to supervision and instruction, ability to work with others, and overall job proficiency.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|---|---|---|---|---|
| SHE | FCI LAND P | LANDSCAPE PM CREW | 10-03-2007 | CURRENT |
| SHE | FCI UNASSG | FCI UNASSIGNED | 08-03-2007 | 10-03-2007 |
| SHE | FCI REC | FCI RECREATION | 12-29-2006 | 08-03-2007 |
| SHE | AM DINING | FCI AM DINING ROOM | 11-06-2006 | 12-29-2006 |
| SHE | FCI UNASSG | FCI UNASSIGNED | 10-30-2006 | 11-06-2006 |
| SHE | SHU UNASSG | UNASSIGNED IN SHU | 10-27-2006 | 10-30-2006 |
| SHE | AM DINING | FCI AM DINING ROOM | 10-06-2006 | 10-27-2006 |
| SHE | AM DINING | FCI AM DINING ROOM | 11-01-2005 | 10-06-2006 |
| SHE | FS DINING | FCI DINING ROOM | 06-22-2005 | 11-01-2005 |
| SHE | FS NEWASGN | FCI FOOD SVC NEW ASSIGNMENTS | 05-19-2005 | 06-22-2005 |
| SHE | FCI UNASSG | FCI UNASSIGNED | 11-24-2004 | 05-19-2005 |

**C. EDUCATIONAL/VOCATIONAL PARTICIPATION:** According to Mr. Walton's PSI, he dropped out West Valley High School. Listed below are the classes He is currently taking and has completed.

------------------------------ EDUCATION INFORMATION ------------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| SHE | ESL HAS | ENGLISH PROFICIENT | 12-02-2004 0001 | CURRENT |
| SHE | GED EP | ENROLL GED PROMOTE W/CAUSE | 07-09-2006 0001 | CURRENT |
| SHE | GED SAT | GED PROGRESS SATISFACTORY | 11-01-2005 0001 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| SHE | GED FCI 7:30-9:00AM MON-FRI. | 03-09-2005 | CURRENT | | | | |
| SHE | MAVIS TYPING CLASS M-H 1:30-3 | 11-21-2007 | CURRENT | | | | |
| SHE | WALKING CLASS 1-2PM M-F | 04-09-2007 | 07-03-2007 | P | C | P | 40 |
| SHE | MED BALL TUE&THU 7-8PM | 04-10-2007 | 07-03-2007 | P | C | P | 40 |
| SHE | ACTION FILMS 2 12-3PM SUNDAY | 06-09-2006 | 08-13-2006 | P | C | P | 20 |
| SHE | COMEDY FILM STUD. SUN 12-3P | 09-15-2005 | 11-20-2005 | P | C | P | 20 |
| SHE | COMMERCIAL FISH BUS. THUR 6-8 | 01-16-2005 | 04-08-2005 | P | C | P | 20 |

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| ABLE | LANGUAGE | 3.4 | 01-05-2005 | SHE | E | |
| | NUMBER OPR | 3.2 | 01-05-2005 | SHE | E | |
| | PROB SOLV | 3.9 | 01-05-2005 | SHE | E | |
| | READ COMP | 10.9 | 01-05-2005 | SHE | E | |
| | SPELLING | 3.1 | 01-05-2005 | SHE | E | |
| | VOCABULARY | 6.5 | 01-05-2005 | SHE | E | |

# Certificate of Completion

Be it known that
this certificate is presented by the
**Sheridan Education Department** To:

*George Walton*

for the successful completion of the Commercial Fishing Business A.C.E. course.

This Certificate is hereby issued this 7th Day of April, 2005.

_____
A.C.E. Coordinator

_____
Supervisor of Education

# Student of the Month

On this, the 29th day of January, 2007
The Sheridan Education Department would like to recognize

## George Walton

for the outstanding work and effort he put forth in achieving
to attain his
General Education Diploma

We hope that this is only the first step in the pursuit of
a life-long learning.

_____
G.E.D Instructor

_____
Supervisor of Education

# Certificate of Completion

Be it known that

This certificate is presented by the
SHERIDAN EDUCATION DEPARTMENT to:

## George Walton

For the successful completion of the Film Studies: Contemporary Comedy course offered at FCI Sheridan.

This certificate is hereby issued on the 30th day of November, 2005.

_____
Supervisor of Education

_____
ACE Coordinator

# Certificate of Completion

Be it known that

This certificate is presented by the
SHERIDAN EDUCATION DEPARTMENT to:

## George Walton

For the successful completion of the ACE "Film Studies: Action II" class offered at FCI Sheridan. This certificate is hereby issued on the 14th day of September, 2006.

_____
Supervisor of Education

_____
R. _____
ACE Coordinator