IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>GEORGE WALTON JR.,<br><br>      Defendant. | Case No. 4:04-cr-0005-RRB<br><br>**ORDER DENYING<br>SENTENCE REDUCTION** |

      Before the Court, at Docket 73, is Defendant's Motion to Reduce Sentence. The motion is opposed by the Government at Docket 75.

      The Court has reviewed the entire file in this matter and concludes, for the reasons set forth by the Government in its opposition, that Defendant's motion is without merit. Defendant was sentenced as a career offender. His sentence would not have been different had the crack cocaine guidelines been as they are now. Defendant's Motion to Reduce Sentence, therefore, is **DENIED**.

      ENTERED this 4th day of September, 2008.

                                          S/RALPH R. BEISTLINE<br>                                          UNITED STATES DISTRICT JUDGE